# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Santa Barbara Infrared, Inc. ) | ASBCA Nos. 58605, 58615 |
| ) | |
| Under Contract No. F08630-02-C-0063 ) | |

APPEARANCES FOR THE APPELLANT:   James J. Gallagher, Esq.
   Agustin D. Orozco, Esq.
    McKenna, Long & Aldridge LLP
    Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
   Samuel W. Morris, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58605, 58615, Appeals of Santa Barbara Infrared, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals